UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IBTISAM MAARADH, individually, and as
parent and natural guardian for Z.A. and
SABBAA AL-IDANI, individually,

                Plaintiffs,

      vs.

STATE FARM FIRE AND CASUALTY
COMPANY, a registered foreign insurer,

                Defendant.

Case No. 2:25-cv-02258-RSM

STIPULATED MOTION AND ORDER
OF PARTIAL DISMISSAL WITH
PREJUDICE

## STIPULATION

The parties hereby stipulate that the individual claims and causes of action asserted by plaintiffs Ibtisam Maaradh and Sabbaa Al-Idani may be dismissed with prejudice and without costs or fees to any party. The claims and causes of action asserted by Ibtisam Maaradh as parent and natural guardian for Z.A. remain active and should not be dismissed.

STIPULATED MOTION AND ORDER OF
PARTIAL DISMISSAL - 1

DATED this 8th day of January, 2026.   DATED this 12th day of January, 2026.

ADUGNA LAW, PLLC                       JENSEN MORSE BAKER, PLLC
   *(per email authority of 1.8.2026)*
By *s/ Zebeaman Chekol*                By *s/ Steven D. Jensen*
   Zebeaman Chekol, WSBA No. 53941        Steven D. Jensen, WSBA No. 26495
Attorneys for Plaintiffs Ibtisam Maaradh,   Vasudev N. Addanki, WSBA No. 41055
Z.A. and Sabbaa Al-Idani               Attorneys for Defendant State Farm Fire and
                                       Casualty Company

## ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the individual claims and causes of action asserted by plaintiffs Ibtisam Maaradh and Sabbaa Al-Idani are hereby dismissed with prejudice and without costs or fees to any party.  The claims and causes of action asserted by Ibtisam Maaradh as parent and natural guardian for Z.A. remain active and are not dismissed pursuant to this order.

DATED this 20th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF
PARTIAL DISMISSAL - 2