UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBTISAM MAARADH, individually, and as parent and natural guardian for Z.A. and SABBAA AL-IDANI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a registered foreign insurer,<br><br>Defendant. | Case No. C25-2258-RSM<br><br>STIPULATED MOTION AND ORDER APPROVING MINOR SETTLEMENT AND FOR DISBURSEMENT OF FUNDS |

**STIPULATED MOTION**

The parties hereto hereby stipulate to entry of the Order set forth below.

**ORDER**

The Court, having considered the Stipulation of the parties, Dkt. #20, the Report and Recommendation of Settlement Guardian Ad Litem Bruce A. Wolf Regarding Approval of Minor Settlement, Dkt. #18, and the files and records herein; now, therefore, it is hereby ORDERED as follows:

ORDER GRANTING PETITIONER'S MOTION FOR RELIEF FROM DEADLINE - 1

1. The proposed settlement involving Z.A. is approved.

2. Ibtisam Maaradh and Haider Al-Idani are the parents and natural guardians of the minor, Z.A. ("Z.A." or the "Minor"). Zebeaman Chekol and Adugna Law, PLLC ("Adugna Law") are the attorneys representing the Minor and his parents.

3. The gross settlement amount for the Minor of $12,000.00 is reasonable.

4. Defendant State Farm Fire and Casualty Company ("State Farm") shall issue a check in the amount of $12,000.00 made payable to Adugna Law in trust for the minor, Z.A. The check shall be delivered to Adugna Law. Adugna Law shall provide State Farm with a W-9 and any other information reasonably necessary to issue payment.

5. Of the $12,000.00 payment, Adugna Law shall be entitled to retain $4,000.00 as attorney's fees, and Adugna Law shall issue $2,500.00 to Michael L. Arsheed, DC in satisfaction of any lien, subrogated interest, or right of reimbursement. Adugna Law shall place the remaining net amount of $5,500.00 in a federally insured, interest bearing blocked certificate of deposit account in a bank of Ibtisam Maaradh and Haider Al-Idanis' choosing, with the provision that withdrawals not be made by or for the Minor until he reaches the age of majority on October 18, 2027, or by further order of this Court. Once the Minor reaches the age of majority, he may make withdrawals from the account without the need for further Court order.

6. Fees in the amount of $2,750.00 shall be paid to Bruce A. Wolf directly by State Farm. Mr. Wolf shall provide State Farm with a W-9 and any other information reasonably necessary to issue this payment.

7. State Farm shall be responsible for making the $12,000.00 payment referenced in paragraph 4 and the $2,750.00 payment referenced in paragraph 6. State Farm shall have no further obligations of any kind in connection with this settlement.

ORDER GRANTING PETITIONER'S MOTION FOR RELIEF FROM DEADLINE - 2

8.  The Release (ECF 15-1) previously executed by Ibtisam Maaradh and Haider Al-Idanis, for and on behalf of Z.A. as his parents and natural guardians, is approved. The rights, duties, obligations, and other requirements of the Release are now binding upon the parties, including the Minor, unless directly contrary to the terms of this Order.

DATED this 17th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PETITIONER'S MOTION FOR RELIEF FROM DEADLINE - 3