UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IBTISAM MAARADH, individually, and as parent and natural guardian for Z.A. and SABBAA AL-IDANI, individually,

          Plaintiffs,

    vs.

STATE FARM FIRE AND CASUALTY COMPANY, a registered foreign insurer,

          Defendant.

Case No. 2:25-cv-02258-RSM

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE

## STIPULATION

The parties hereby stipulate that the claims and causes of action asserted by plaintiff Ibtisam Maaradh as parent and natural guardian for Z.A. may be dismissed with prejudice and without costs or fees to any party. All other claims and causes of action by all other plaintiffs have already been dismissed previously. *See* ECF 17.

STIPULATED MOTION AND ORDER OF
DISMISSAL - 1

DATED this 24th day of February, 2026.        DATED this 24th day of February, 2026.

ADUGNA LAW, PLLC                                JENSEN MORSE BAKER, PLLC

*(per email authority of 2.24.2026)*
By *s/ Zebeaman Chekol*                          By *s/ Steven D. Jensen*
  Zebeaman Chekol, WSBA No. 53941                Steven D. Jensen, WSBA No. 26495
Attorneys for Plaintiffs Ibtisam Maaradh,          Vasudev N. Addanki, WSBA No. 41055
Z.A. and Sabbaa Al-Idani                         Attorneys for Defendant State Farm Fire and
                                                 Casualty Company

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the claims and causes of action asserted by plaintiff Ibtisam Maaradh as parent and natural guardian for Z.A. are hereby dismissed with prejudice and without costs or fees to any party. All claims and causes of action by all plaintiffs are now dismissed. This case is CLOSED.

DATED this 25th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF
DISMISSAL - 2